# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158235

STATE TREASURER,
      Plaintiff-Appellee,

v

DAMON S. ALLEN,
      Defendant-Appellant.

SC: 158235
COA: 340165
Wayne CC: 17-004671-CZ

_____/

     On order of the Court, the application for leave to appeal the July 25, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019



s0904

Clerk